UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ALFRED J. ANOTONINI,

    Plaintiff,

  v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; THE PRUDENTIAL WELFARE BENEFITS PLAN; THE PRUDENTIAL RETIREMENT PLAN,

    Defendants.

NO. CIV. 2:04-0505 WBS KJM PS

ORDER

----oo0oo----

This matter came on regularly for Pretrial Conference on December 5, 2005. Plaintiff appeared pro se, and defendants were represented by Richard T. Copeland. Pursuant to agreement of the parties, the current trial date of February 14, 2006 is hereby vacated; a new trial date is set for April 25, 2006 at 9:00 a.m. in Courtroom No. 5; and the Final Pretrial Conference, pursuant to Rule 16(d) of the Federal Rules of Civil Procedure, is continued to March 17, 2006 at 10:00 a.m. in Courtroom No. 5.

///

///

1

All other provisions of the court's previous scheduling orders remain in full force and effect.

IT IS SO ORDERED.

DATED: December 5, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE