ROBERT M. YOUNG, Jr. (#063297)
Email: robert.young@wilsonelser.com
SHERIDA A. STROBLE (#212707)
Email: sherry.stroble@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP**
555 So. Flower Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 443-5100
Facsimile: (213) 443-5101
Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA,

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED J. ANOTONINI, | Case No.: CIV. 04-0505 WBS KJM -PS |
| Plaintiff, | The Hon. William B. Shubb |
| v. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; THE PRUDENTIAL WELFARE BENEFITS PLAN; THE PRUDENTIAL RETIREMENT PLAN, | **STIPULATION AND [PROPOSED] ORDER BETWEEN PARTIES FOR CONTINUANCE OF SET DATES, INCLUDING TRIAL** |
| Defendants. | |

IT IS HEREBY STIPULATED TO by and between plaintiff, ALFRED J. ANTONINI, representing himself, and defendant, PRUDENTIAL INSURANCE COMPANY OF AMERICA, by and through its attorney of record, Sherida A. Stroble of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, that all dates previously set by this court, including trial dates, be continued for a period of 90 days or more, to permit the parties to engage in meaningful settlement negotiations.

This matter is a claim for benefits under the 1974 ERISA statute. The parties request a further continuance to attempt resolution before additional time and

PDF created with pdfFactory trial version www.pdffactory.com

1  expense are expended in trial briefs or further litigation.  The parties have
2  previously requested a continuance.  However, due to the breadth of the record (the
3  Plaintiff's employment ended effective January 4, 1980) and the fact that Plaintiff
4  has been proceeding without an attorney, the Parties request an additional 90 days.
5  This request is made in good faith.

6  Specifically, the parties request that the following dates be continued for a
7  period of 90 days or more, to accommodate the parties' efforts at informal
8  resolution.

Dated:  March 10, 2006                    WILSON, ELSER, MOSKOWITZ,
                                          EDELMAN & DICKER LLP

                                          By:/s/_____
                                             Robert M. Young, Jr.
                                             Sherida A. Stroble
                                             Attorneys for Defendant
                                             THE PRUDENTIAL INSURANCE
                                             COMPANY OF AMERICA

Dated:  March 10, 2006                    ALFRED J. ANONTINI

                                          By:/s/_____
                                             Alfred J. Antonini
                                             Plaintiff

## ORDER

The trial in this matter is continued to _July 25, 2006 at 9:00 am._____.
The pretrial conference is continued to June 5, 2006 at 10:00 am.

_____.                        IT IS SO ORDERED.

Dated:  March 10, 2006

                                          _____
                                          WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE

2
STIPULATION TO CONTINUE TRIAL

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP and am over the age of 18 and not a party to the within action.  My business address is 555 South Flower Street, 29th Floor, Los Angeles, California 90071.

On **March 10, 2006**, I served the foregoing document described as **STIPULATION AND [PROPOSED] ORDER BETWEEN PARTIES FOR CONTINUANCE OF SET DATES, INCLUDING TRIAL** on all interested parties, through their respective attorneys of record in this action, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| ALFRED J. ANTONINI<br>P.O. Box 0090<br>Hayward, California 94543<br>-or-<br>22572 Main Street<br>Hayward, California 94541 | Plaintiff, In Pro Per<br><br>Telephone:  (510) 881-4981<br>Facsimile:  (510) 881-1647<br>**aainvestments@sbcglobal.net** |

   **[X]**   (**BY MAIL**) I caused such envelope(s) fully prepaid to be placed in the United States Mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence or mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

   **[]**   (**BY FACSIMILE**)  I caused said document(s) to be telephonically transmitted to each addressee's telecopier (Fax) number as noted.

   **[X]**   (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **March 10, 2006**, at Los Angeles, California.

_____ _____
ERIKA FACUNDO

PDF created with pdfFactory trial version www.pdffactory.com