1 | ROBERT M. YOUNG, Jr. (#063297)
Email: robert.young@wilsonelser.com
2 | SHERIDA A. STROBLE (#212707)
Email: sherry.stroble@wilsonelser.com
3 | **WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP**
4 | 555 So. Flower Street, Suite 2900
Los Angeles, California 90071
5 | Telephone:(213) 443-5100
Facsimile: (213) 443-5101
6 | Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY
7 | OF AMERICA,

8 |

9 | THE UNITED STATES DISTRICT COURT

10 | EASTERN DISTRICT OF CALIFORNIA

11 |

12 | ALFRED J. ANTONINI,  ) Case No.: CIV. 04-0505 WBS KJM -PS
13 |         Plaintiff,    ) The Hon. William B. Shubb
14 | v.                    )
15 | THE PRUDENTIAL INSURANCE ) **AMENDED STIPULATION AND
COMPANY OF AMERICA; THE ) [PROPOSED] ORDER BETWEEN
16 | PRUDENTIAL WELFARE BENEFITS ) PARTIES FOR CONTINUANCE OF
PLAN; THE PRUDENTIAL       ) SET DATES, INCLUDING TRIAL**
17 | RETIREMENT PLAN,      )
18 |         Defendants.   )
                          )

19 |   IT IS HEREBY STIPULATED TO by and between plaintiff, ALFRED J.
20 | ANTONINI, representing himself, and defendant, PRUDENTIAL INSURANCE
21 | COMPANY OF AMERICA, by and through its attorney of record, Sherida A.
22 | Stroble of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, that all dates
23 | previously set by this court, including trial dates and motion cut-off dates, be
24 | continued for a period of 90 days or more, to permit Plaintiff to retain counsel and
25 | to permit the parties to engage in meaningful settlement negotiations.
26 |   This matter is a claim for benefits under the 1974 ERISA statute. The parties
27 | request a further continuance to allow Plaintiff time to retain counsel to represent
28 |

PDF created with pdfFactory trial version www.pdffactory.com

1  him, as well as for the parties to attempt resolution, once Plaintiff retains counsel,
2  before additional time and expense are expended in trial briefs or further litigation.
3  The parties have previously requested two continuances.  However, due to the
4  breadth of the record (the Plaintiff's employment ended effective January 4, 1980),
5  the fact that Plaintiff has been proceeding without an attorney, and  the fact that
6  Plainitff is currently interviewing prospective counsel to represent him, the Parties
7  request an additional 90 days.
8     This request is made in good faith.
9     Specifically, the parties propose the following dates, or any dates thereafter that
10  accommodate the Court's calendar, which reflect a continuance period of 90 days
11  or more, to accommodate plaintiff's efforts to obtain counsel and the parties'
12  efforts at informal resolution:
13     October 2, 2006  Motion cut-off date
14     November 6, 2006  Pre-trial conference
15     December 5, 2006  Trial
16
17  Dated:  May 23, 2006     WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
18
19     By:  /s/
20     Robert M. Young, Jr.
    Sherida A. Stroble
21     Attorneys for Defendant
    THE PRUDENTIAL INSURANCE
    COMPANY OF AMERICA
22
23  //
24  //
25  //
26  //
27
28

2
AMENDED STIPULATION TO CONTINUE TRIAL

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | Dated: May 23, 2006                    ALFRED J. ANONTINI |
| 2 | |
| 3 | By: /s/ |
|   | Alfred J. Antonini |
| 4 | Plaintiff |

## ORDER

The motion cut-off date is extended to October 2, 2006. The trial in this matter is continued to December 5, 2006 at 9:00 a.m. The pretrial conference is continued to November 6, 2006 at 10:00 am.

IT IS SO ORDERED.

Dated: May 23, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3
AMENDED STIPULATION TO CONTINUE TRIAL

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP and am over the age of 18 and not a party to the within action.  My business address is 555 South Flower Street, 29th Floor, Los Angeles, California 90071.

On **May 22, 2006**, I served the foregoing document described as **AMENDED STIPULATION AND [PROPOSED] ORDER BETWEEN PARTIES FOR CONTINUANCE OF SET DATES, INCLUDING TRIAL** on all interested parties, through their respective attorneys of record in this action, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| ALFRED J. ANTONINI<br>P.O. Box 0090<br>Hayward, California 94543<br>-or-<br>22572 Main Street<br>Hayward, California 94541 | Plaintiff, In Pro Per<br><br>Telephone:  (510) 881-4981<br>Facsimile:   (510) 881-1647<br>**aainvestments@sbcglobal.net** |

**[X]    (BY MAIL)** I caused such envelope(s) fully prepaid to be placed in the United States Mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence or mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[]    (BY FACSIMILE)**  I caused said document(s) to be telephonically transmitted to each addressee's telecopier (Fax) number as noted.

**[X]**   (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **May 22, 2006**, at Los Angeles, California.

_____
ERIKA FACUNDO

PDF created with pdfFactory trial version www.pdffactory.com