ROBERT M. YOUNG, Jr. (#063297)
Email: robert.young@wilsonelser.com
SHERIDA A. STROBLE (#212707)
Email: sherry.stroble@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,**
     **EDELMAN & DICKER LLP**
555 So. Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:  (213) 443-5100
Facsimile:    (213) 443-5101
Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED J. ANTONINI,<br><br>                    Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; THE PRUDENTIAL WELFARE BENEFITS PLAN; THE PRUDENTIAL RETIREMENT PLAN,<br><br>                    Defendants. | Case No.: CIV. 04-0505 WBS KJM -PS<br><br>The Hon. William B. Shubb<br><br>**STIPULATION AND [PROPOSED] ORDER BETWEEN PARTIES FOR CONTINUANCE OF SET DATES, INCLUDING TRIAL; TELEPHONIC APPEARANCE BY DEFENDANT AT SETTLEMENT CONFERENCE** |

   IT IS HEREBY STIPULATED TO, by and between plaintiff, ALFRED J. ANTONINI, representing himself, and defendant, PRUDENTIAL INSURANCE COMPANY OF AMERICA, by and through its attorney of record, Sherida A. Stroble of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, that all dates previously set by this court, including trial dates and motion cut-off dates, be continued for a period of 60 days or more, to permit the *pro se* Plaintiff's potential new counsel to review the extensive Administrative Record and to permit the parties to engage in meaningful settlement negotiations.  The parties have agreed to attend a settlement conference with a court-appointed judicial officer in or about early January, 2007.

PDF created with pdfFactory trial version www.pdffactory.com

This matter is a claim for benefits under the 1974 ERISA statute. The parties request a further continuance to allow this *pro se* Plaintiff's potential new counsel time to review the extensive Administrative Records, as well as for the parties to attempt resolution, once Plaintiff retains counsel, before additional time and expense are expended in trial briefs or further litigation.

The parties have previously requested three continuances. However, due to the breadth of the record (the Plaintiff's employment ended effective January 4, 1980), the fact that Plaintiff has been proceeding without an attorney, and the fact that Plaintiff has counsel reviewing his case for prospective representation, the Parties request an additional 60 days beyond the current December 5, 2006, trial date, as well as the appointment of a court settlement conference officer for a settlement conference in January, 2007.

This request is made in good faith.

Specifically, the parties propose the following dates, or any dates thereafter that accommodate the Court's calendar, which reflect a continuance period of 60 days or more, to accommodate plaintiff's efforts to obtain counsel and the parties' efforts at informal resolution:

| Date | Event |
|---|---|
| December 15, 2006 | Cut-off date for Filing Motions |
| January 19, 2007 | L/D for Settlement Conference |
| February 8, 2007 | Pre-trial Conference |
| February 15, 2007 | Trial |

Dated:  September 27, 2006

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/Sherida A. Stroble
Robert M. Young, Jr.
Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

PDF created with pdfFactory trial version www.pdffactory.com

Dated: September 26, 2006                                      ALFRED J. ANONTINI


By: /s/ Alfred J. Antonini
Plaintiff

## ORDER

The court appointed settlement conference officer is Judge <u>Kimberly J. Mueller</u>. The Settlement Conference deadline is <u>January 26, 2007</u>. The Motion Cut-off date for filing of motions is <u>December 15, 2006</u>. The Pretrial Conference date is continued to <u>February 12, 2007 at 10:00 a.m</u>. The Trial date is continued to <u>February 27, 2007 at 9:00 a.m.</u>

IT IS SO ORDERED.

Dated: September 28, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

### PROOF OF SERVICE
### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP and am over the age of 18 and not a party to the within action. My business address is 555 South Flower Street, 29th Floor, Los Angeles, California 90071.

On **September 27, 2006**, I served the foregoing document described as **STIPULATION AND [PROPOSED] ORDER BETWEEN PARTIES FOR CONTINUANCE OF SET DATES, INCLUDING TRIAL; TELEPHONIC APPEARANCE BY DEFENDANT AT SETTLEMENT CONFERENCE** on all interested parties, through their respective attorneys of record in this action, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| ALFRED J. ANTONINI<br>P.O. Box 0090<br>Hayward, California 94543<br>-or-<br>22572 Main Street<br>Hayward, California 94541 | Plaintiff, In Pro Per<br><br>Telephone:  (510) 881-4981<br>Facsimile:   (510) 881-1647<br>**aainvestments@sbcglobal.net** |

PDF created with pdfFactory trial version www.pdffactory.com

1

2   **[X]   (BY MAIL)** I caused such envelope(s) fully prepaid to be placed in the United
3   States Mail at Los Angeles, California. I am "readily familiar" with the firm's practice of
    collection and processing correspondence or mailing.  Under that practice it would be deposited
4   with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles,
5   California in the ordinary course of business.  I am aware that on motion of the party served,
    service is presumed invalid if postal cancellation date or postage meter date is more than one day
6   after date of deposit for mailing in affidavit.

7   **[]   (BY FACSIMILE)**  I caused said document(s) to be telephonically transmitted to
    each addressee's telecopier (Fax) number as noted.
8

9    **[X]**   (Federal)  I declare that I am employed in the office of a member of the bar of this
10  court at whose direction the service was made.

11  Executed on **September 27, 2006**, at Los Angeles, California.

12

13  ___/s/ERIKA FACUNDO_____

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4
STIPULATION AND [PROPOSED] ORDER BETWEEN PARTIES FOR CONTINUANCE OF SET DATES, INCLUDING TRIAL;
TELEPHONIC APPEARANCE BY DEFENDANT AT SETTLEMENT CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com