MICHAEL B. HORROW #162917
DONAHUE & HORROW LLP
222 North Sepulveda Blvd.
20th Floor
El Segundo, CA 90245
Telephone: (310) 335-2006
Facsimile: (310) 335-2001
Email: mhorrow@donahuehorrow.com

Attorneys for Plaintiff
ALFRED J. ANTONINI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED J. ANTONINI,<br><br>Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, THE PRUDENTIAL WELFARE BENEFITS PLAN, THE PRUDENTIAL RETIREMENT PLAN,<br><br>Defendants. | Case No.: CIV. 04-0505 WBS KJM - PS<br><br>PLAINTIFF'S NOTICE OF SUBSTITUTION OF ATTORNEYS |

THE COURT AND ALL PARTIES ARE NOTIFIED THAT:

Plaintiff In Pro Per ALFRED J. ANTONINI hereby agrees to the following Substitution of Attorneys:

Michael B. Horrow of DONAHUE & HORROW LLP 222 North Sepulveda Blvd. 20th Floor, El Segundo, CA 90245 (310)335-2006 will substitute in as counsel of record for plaintiff In Pro Per Alfred J. Antonini.

Donahue & Horrow LLP

```
 1    I consent to the substitution.
 2
                                                        10/10/06
 3    _____\s_____        _____
 4    ALFRED J. ANTONINI                  DATE
      PLAINTIFF IN PRO PER
 5    (signature of party)
 6
 7    I consent to this substitution.
 8                                                      10/10/06
 9    _____\s_____        _____
      ALFRED J. ANTONINI                  DATE
10    PLAINTIFF IN PRO PER
11    (signature of former attorney or in pro per)
12    I consent to this substitution.
13
                                                        10/10/06
14
      _____\s_____        _____
15    MICHAEL B. HORROW                   DATE
      (signature of new attorney)
16
17
18    IT IS SO ORDERED.
19
20                                                      10/25/2006
21    [signature]                        _____
      U.S. MAGISTRATE JUDGE                DATE
22
23
24
25
26
27
28
```

<u>Antonini v. Prudential</u>
CIV. 04-0505 WBS KJM - PS

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  222 North Sepulveda Blvd. 20th Floor El Segundo, CA 90245.

On **October 18, 2006** I served the foregoing document described as:

   PLAINTIFF'S NOTICE OF SUBSTITUTION OF ATTORNEYS

on all interested parties in this action by placing [  ] the original  [ x ]a true copy thereof enclosed in sealed envelopes addressed as follows:

Robert M. Young Jr.
Sherida A. Stroble
WILSON, ELSER, MOSCOWITZ, EDELMAN & DICKER LLP
555 South Flower Street, Suite 2900
Los Angeles, CA  90071
Phone: (213) 443-5100
Fax: (213) 443-5101

Attorneys for Defendant: THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

[x]BY MAIL
    I caused such envelope to be deposited in the mail at Claremont, California.  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  It is deposited with U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date deposit for mailing in affidavit.

[  ]BY PERSONAL SERVICE
    I caused to be delivered by hand to the above-listed addressees or to the

addressees on the list attached hereto. A proof of service executed by the delivery person will be mailed under separate cover.

[ ] BY OVERNIGHT MAIL/COURIER
To expedite the delivery of the above-named document, said document was sent via overnight courier for next day delivery to the above-listed party.

[ ] BY FACSIMILE ("FAX")
In addition to the manner of proof of service indicated above, a copy was sent by FAX to the above-listed party.

[ ] (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on **October 18, 2006**, at El Segundo, California.

                                                         _____
                                                         Michael B. Horrow