IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFRED ANTONINI,

      Plaintiff,                    No. CIV S-04-0505 WBS KJM

      vs.

PRUDENTIAL INSURANCE CO., et al.,

      Defendants.                <u>ORDER</u>

_____/

      This matter was initially referred to the undersigned for pretrial management because plaintiff was proceeding pro se. Plaintiff is now represented by counsel. Pretrial matters, other than discovery motions, should now be noticed before the District Judge assigned to this action.

      Accordingly, IT IS HEREBY ORDERED that:

      1. This matter is referred back to the District Judge assigned to this action;

      2. All dates pending before the undersigned are vacated; and

      3. Henceforth the caption on documents filed in this action shall be CIV S-04-0505 WBS KJM.

DATED: October 30, 2006

                                                              U.S. MAGISTRATE JUDGE

006
antonini.ref

1