MICHAEL B. HORROW #162917
DONAHUE & HORROW LLP
222 North Sepulveda Blvd.
20th Floor
El Segundo, CA 90245
Telephone: (310) 335-2006
Fax: (310) 335-2001
Email: mhorrow@donahuehorrow.com

Attorneys for Plaintiff
ALFRED J. ANTONINI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALFRED J. ANTONINI, | Case No.: CIV. 04-0505 WBS KJM - PS |
|---|---|
| Plaintiff, | [The Honorable William B. Shubb] |
| vs. | **STIPULATION AND ORDER RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, THE PRUDENTIAL WELFARE BENEFITS PLAN, THE PRUDENTIAL RETIREMENT PLAN, , | |
| Defendants. | |

**Donahue & Horrow LLP**

   IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff ALFRED J. ANTONINI, and defendants PRUDENTIAL INSRUANCE COMPANY OF AMERICA et al., and their attorneys of record, that the parties have resolved this matter in its entirety.

/ / /

/ / /

/ / /

  IT IS HEREBY AGREED that the complaint on file herein shall be dismissed with prejudice, each side to bear their own attorney fees and costs.

| | |
|---|---|
| Dated: February 2, 2007 | DONAHUE & HORROW LLP |
| | /s/ |
| | MICHAEL B. HORROW<br>Attorneys for Plaintiff<br>ALFRED J. ANTONINI |
| Dated: February 2, 2007 | WILSON, ELSER, MOSCOWITZ, EDELMAN & DICKER LLP |
| | /s/ |
| | SHERIDA STROBLE<br>Attorneys for Defendants<br>PRUDENTIAL INSURANCE COMPANY OF AMERICA et al., |

**O R D E R**

**IT IS SO ORDERED.**

Dated: February 5, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE